**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANIEL R. TUCKER**                                                                        **PLAINTIFF**
**#167292**

**V.**                                              **No. 4:26-CV-00398-JM**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY; and TUCKER,**
**Medical Nurse, Turn Key, Pulaski County**
**Jail**                                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief

sought is denied, and the case is closed.

Dated this 19th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE